468 A.2d 847

Commonwealth v. DeKeyser, Appellant.

Petition for Allowance of Appeal
Denied March 7, 1984.

 Submitted July 27, 1983. Francis J. Moran, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.